# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133887(50)

BUDGET RENT-A-CAR SYSTEM, INC.,
      Plaintiff-Appellee,

v

CITY OF DETROIT and DETROIT POLICE
DEPARTMENT,
      Defendants-Appellants.

SC: 133887
COA: 271703
Wayne CC: 05-501303-NI

_____

      On order of the Chief Justice, the motion by defendants-appellants for extension of time for filing their brief and appendix is considered and it is GRANTED IN PART ONLY. The time for filing by defendants-appellants is extended to August 4, 2008.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

Clerk